# In the United States Court of Federal Claims

No. 06-939 L
(Filed: January 19, 2007)

| | |
|---|---|
| ************************************** | |
| | * |
| **MIAMI TRIBE OF OKLAHOMA**, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES**, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************** | |

## ORDER OF REASSIGNMENT

Pursuant to Rule 40.1(c) of the Rules of the Court of Federal Claims, for the efficient administration of justice, the Clerk of the Court is hereby directed to reassign this case from Senior Judge Lawrence S. Margolis to Judge Emily C. Hewitt.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge