# In the United States Court of Federal Claims

No. 06-939 L

(E-Filed: February 27, 2007)

MIAMI TRIBE OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it the Parties' Joint Motion for temporary Stay of Litigation and [Proposed] Order (Motion), filed on February 23, 2007. There will be a Telephonic Status Conference on Wednesday, March 7, 2007, at 2:00 p.m. Eastern Standard Time to discuss the Motion. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge