# In the United States Court of Federal Claims

No. 06-939 L

(E-Filed: March 1, 2007)

| | |
|---|---|
| MIAMI TRIBE OF OKLAHOMA, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court has received a telephonic request from Counsel for the United States Mr. Martin LaLonde to include Ms. Teresa Dawson of the United States Department of the Treasury and Ms. Candace Beck of the United States Department of the Interior in the Telephonic Status Conference scheduled for March 7, 2007, at 2:00 p.m. Eastern Standard Time. The court GRANTS the request. The parties shall be prepared to describe in detail the activities that they expect to undertake during the proposed period of stay that are expected to lead to a resolution of the case within the stay period requested. In addition, plaintiff shall be prepared to explain why the complaint should not be dismissed pursuant to 28 U.S.C. § 1500 (2004), which bars complaints filed in another court from being adjudicated in the United States Court of Federal Claims.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge