IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MIAMI TRIBE OF OKLAHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | No. 06-CV-00939-L |
| THE UNITED STATES, | ) | [Judge Emily C. Hewitt] |
| Defendants. | ) | |

**MOTION TO SUBSTITUTE LEAD COUNSEL**

Kennis M. Bellmard, II, of Andrews Davis, a Professional Corporation, Of Counsel for the plaintiff Miami Tribe of Oklahoma, respectfully moves the Court for leave to substitute lead counsel. Mr. Bellmard hereby submits the following in support of his Motion:

1. At the time of the filing of the plaintiff's Complaint in this matter, the present lead counsel, Timothy M. Larason, was the only attorney in the Andrews Davis firm who was admitted to practice in this Court and registered with the Electronic Filing System.

2. Since the filing of plaintiff's Complaint, Kennis M. Bellmard, II, Sandra Benischek Harrison and Michael D. McMahan, all of the Andrews Davis firm, have been admitted to practice in this Court and are registered with the Electronic Filing System.

3. The plaintiff has been notified of the substitution of Mr. Larason and consents to the substitution with that of Kennis M. Bellmard II as lead counsel.

4. Mr. Larason consents to appointment of Mr. Bellmard as Lead Counsel and that he will remain as Of Counsel for the plaintiff. *See* Attachment 1, Affidavit of Kennis M. Bellmard, II; and Attachment 2, Consent of Timothy M. Larason.

5. Sandra Benischek Harrison and Michael D. McMahan will remain Of Counsel for the plaintiff.

6. Counsel for the defendant United States has been notified and does not oppose the substitution of Kennis M. Bellmard II as lead counsel for the plaintiff.

7. The substitution will not affect any pending deadlines.

WHEREFORE, Kennis M. Bellmard II, of Andrews Davis, a Professional Corporation, respectfully requests that the Court substitute Kennis M. Bellmard II as lead counsel in place of the previous lead counsel Timothy M. Larason for the plaintiff in this case.

Dated this 2nd day of March, 2007.

s/Kennis M. Bellmard
Kennis M. Bellmard II, OBA #13965
Of Counsel
Timothy M. Larason, OBA #5239
Counsel of Record
Sandra Benischek Harrison, OBA #18647
Michael D. McMahan, OBA #17314,
Of Counsel
ANDREWS DAVIS
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELLORS AT LAW
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Telephone: (405) 272-9241
Fax: (405) 235-8786
www.andrewsdavis.com
ATTORNEYS FOR PLAINTIFF
MIAMI TRIBE OF OKLAHOMA

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of March, 2007, I electronically transmitted the attached document to the Clerk of U.S. Court of Federal Claims using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Martin J. LaLonde and Anthony P. Hoang
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

s/ Kennis M. Bellmard

196831.1