IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MIAMI TRIBE OF OKLAHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | No. 06-CV-00939-L |
| THE UNITED STATES, | ) | |
| Defendants. | ) | |

**CONSENT TO APPOINTMENT OF**
**KENNIS M. BELLMARD, II AS LEAD COUNSEL**

STATE OF OKLAHOMA )
) ss:
COUNTY OF OKLAHOMA )

I, Timothy M. Larason, lead counsel in the above-captioned case, hereby consent to substitution of and the appointment of Kennis M. Bellmard, II as lead counsel.

IN WITNESS WHEREOF, this Consent is executed by the undersigned this 2nd day of March, 2007.

Timothy M. Larason

This instrument was acknowledged before me this 2nd day of March, 2007, by Timothy M. Larason.

Notary Public

My Commission Expires:
My Commission No.
(SEAL)

CHERYL SHOOK NOTARY # 02014612 EXP. 09/04/10 PUBLIC STATE OF OKLAHOMA

196841.1

Attachment 2