# In the United States Court of Federal Claims

No. 06-939 L

(E-Filed: March 7, 2007)

MIAMI TRIBE OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

On February 23, 2007, the parties filed a Joint Motion for Temporary Stay of Litigation and [Proposed] Order (Motion). The court held a telephonic status conference (TSC) on March 7, 2007.

Further to the TSC, the court orders that the plaintiff show cause why its case should remain before the United States Court of Federal Claims in light of 28 U.S.C. § 1500 (2000) and governing precedent. Plaintiff shall file its show cause brief on or before Wednesday, March 28, 2007. Defendant shall file its response on or before Wednesday, April 11, 2007. Plaintiff shall files its reply to defendant's response on or before Wednesday, April 18, 2007.

The parties' Motion is DENIED. Defendant shall file its answer on or before Wednesday, March 21, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge