# In the United States Court of Federal Claims

No. 06-939 L

(E-Filed: March 9, 2007)

| | |
|---|---|
| MIAMI TRIBE OF OKLAHOMA, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court received a telephonic inquiry from Counsel for the United States Mr. Martin LaLonde regarding the availability of transcripts from the March 7, 2007 telephonic status conference. The court requested a fifteen day turn-around for the transcript and the court expects that the transcript will be filed in paper form on approximately March 22, 2007. To obtain copies of the transcript, the parties may contact Heritage Reporting, 1220 L Street, NW, Suite 600, Washington, DC 20005, at (202) 628-4888 to place an order.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge