IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THE MIAMI TRIBE OF OKLAHOMA, )
)
Plaintiff, )
)
v. ) Case No. 06-cv-00939L
) Judge Emily C. Hewitt
THE UNITED STATES OF AMERICA, )
)
Defendant. )
)

**NOTICE REGARDING
DEFENDANT'S FILING OF ANSWER
TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant respectfully files this Notice to inform the Court of its intention to file an Answer to Plaintiff's Amended Complaint on March 30, 2007, in lieu of an Answer to Plaintiff's original Complaint on March 21, 2007. Plaintiff filed this case on December 29, 2006. See Complaint, Doc. 1. On February 23, 2007, the parties filed a Joint Motion for Temporary Stay of Litigation. On March 7, 2007, the Court denied the parties' motion and Ordered Defendant to file an answer to Plaintiff's complaint on or before Wednesday, March 21, 2007. On March 16, 2007, Plaintiff filed an Amended Complaint. Pursuant to Rule 15 of the Rules of the United States Court of Federal Claims, the deadline for Defendant to file its Answer to the Amended Complaint is March 30, 2007. Accordingly, Defendant has shifted its resources to responding to the Amended Complaint, which response will be filed on or before March 30, 2007, and understands from the Court's Local Rules that it is no longer obligated to file an Answer to Plaintiff's original complaint.

Respectfully submitted this 20th day of March, 2007,

MATTHEW McKEOWN
Acting Assistant Attorney General

*s/ Martin J. LaLonde*
MARTIN J. LALONDE

United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0247
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

CANDACE N. BECK
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227