# In the United States Court of Federal Claims

No. 06-939 L

(E-Filed: March 21, 2007)

MIAMI TRIBE OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On March 20, 2007, defendant filed a Notice Regarding Defendant's Filing of Answer to Plaintiff's Amended Complaint (Notice). There is no provision in the Rules of the United States Court of Federal Claims (RCFC) for filing this Notice. If, in the future, the parties wish to file a document for which there is no RCFC provision, the parties shall file a motion for leave to file the document and attach the document proposed to be filed.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge