IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE MIAMI TRIBE OF OKLAHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-cv-00939L |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S SHOW CAUSE BRIEF, AND [PROPOSED] ORDER**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims (RCFC), Defendant United States of America respectfully moves this Court for an extension of time, to and including April 20, 2007, within which to file its response to Plaintiff's brief addressing the Court's order that Plaintiff show cause as to why this case should remain before this Court, given 28 U.S.C. § 1500 (2000). This unopposed extension motion is Defendant's first such motion. The grounds for this motion are as follows:

1. On March 7, 2007, the Court issued an Order that, *inter alia*, requires Plaintiff to show cause as to why its case should remain before the Court in light of 28 U.S.C. § 1500. Plaintiff filed its "show cause" brief on March 28, 2007. Under the Court's Order, Defendant's response is due April 11, 2007.

2. Defendant needs additional time in order to complete its work on its response to Plaintiff's "show cause" brief; provide for adequate review of the draft response by the affected federal agencies; address and incorporate comments based on that review; and finalize and file the response. Undersigned counsel for Defendant has been and continues to be working diligently on

Defendant's response brief. Nevertheless, Defendant's counsel needs the extension of time because he has been preoccupied with obligations in not only an unrelated case but also other Tribal trust accounting and trust mismanagement cases. In addition, Defendant's other counsel has been and continues to be preoccupied with work commitments, as well as travel, in other cases. Further, after finishing the draft response brief, Defendant's counsel requires sufficient time to submit the draft brief, in complete form, to the appropriate officials and personnel in the United States Departments of Justice (including those in two different Divisions), of the Interior, and of the Treasury, for their review; to address their comments on the draft brief; and to finalize the document for filing.

3. On April 9, 2007, Defendant's counsel contacted Plaintiff's counsel of record by telephone about Plaintiff's position on this motion. Plaintiff's counsel authorized Defendant's counsel to state that Plaintiff does not oppose the motion.

4. On the one hand, the granting of this motion will not unduly prejudice the rights and interests of the parties in this case . On the other hand, the denial of this motion will adversely affect the ability of Defendant to prepare adequately the necessary papers in response to Plaintiff's "show cause" brief; obtain the appropriate review of those papers by the affected agencies before filing; and provide the Court with the benefit of Defendant's views on a matter that the Court has determined to be sufficiently significant as to warrant a "show cause" order.

WHEREFORE, Defendant respectfully requests that its unopposed motion for extension of time be GRANTED.

Respectfully submitted this 9th day of April, 2007,

MATTHEW McKEOWN
Acting Assistant Attorney General

*s/ Martin J. LaLonde*
MARTIN J. LALONDE
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0247
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

CANDACE N. BECK
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

RACHEL HOWARD
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227