IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE MIAMI TRIBE OF OKLAHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-cv-00939L |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on Defendant's unopposed motion for extension of time within which to respond to Plaintiff's "show cause" brief regarding 28 U.S.C. § 1500. Upon consideration of the unopposed motion and for good cause shown, it is hereby ordered that

1. Defendant's unopposed motion should be and hereby is GRANTED;

2. Defendant shall have to and including April 20, 2007, to file its response to Plaintiff's "show cause" brief.

SO ORDERED.

DATE: ______________________________

______________________________
HON. EMILY C. HEWITT
United States Court of Federal Claims