# In the United States Court of Federal Claims

No. 06-939 L

(E-Filed: April 10, 2007)

MIAMI TRIBE OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is defendant's Unopposed Motion for Extension of Time Within Which to Respond to Plaintiff's Show Cause Brief, and [Proposed] Order (Motion), filed on April 9, 2007. Based on the representations contained therein, defendant's Motion is GRANTED. Defendant shall file its response on or before Friday, April 20, 2007. Plaintiff shall its reply to defendant's response on or before Friday, April 27, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge