# In the United States Court of Federal Claims

No. 06-939 L

(E-Filed: May 10, 2007)

MIAMI TRIBE OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

On March 7, 2007, the court ordered plaintiff to show cause why its case should remain before the United States Court of Federal Claims in light of 28 U.S.C. § 1500 and governing precedent. On March 28, 2007, plaintiff filed its show cause brief. On April 9, 2007, defendant filed a motion to extend time to file its response to plaintiff's brief. The court granted defendant's motion and ordered defendant to file its response on April 20, 2007, and plaintiff to file its reply on April 27, 2007. Defendant filed its response on April 20, 2007. The court has not received plaintiff's reply.

Plaintiff is ordered to file its reply to defendant's response on or before, Friday, May 18, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge