IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MIAMI TRIBE OF OKLAHOMA,<br><br>Plaintiff, | ) | |
| v. | ) | No. 2006-cv-939<br>[Judge Emily C. Hewitt] |
| THE UNITED STATES<br>Defendant. | ) | |

**MOTION TO DISMISS WITHOUT PREJUDICE**

The Plaintiff, Miami Tribe of Oklahoma, respectfully requests this Court dismiss this action without prejudice to refiling under Rule 41(a)(2). Plaintiff has consulted with the Defendant on this Motion and Defendant does not oppose the Motion to Dismiss this action.

Respectfully submitted this 18th day of May, 2007.

s/ Kennis M. Bellmard, II
Kennis M. Bellmard II, OBA #13965
Counsel of Record
Timothy M. Larason, OBA #5239,
Sandra Benischek Harrison, OBA #18647
Michael D. McMahan, OBA #17314,
Of Counsel
ANDREWS DAVIS
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELLORS AT LAW
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Telephone: (405) 272-9241
Fax: (405) 235-8786
www.andrewsdavis.com

ATTORNEYS FOR PLAINTIFF
MIAMI TRIBE OF OKLAHOMA

CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of May, 2007, I electronically transmitted the attached document to the Clerk of U.S. Court of Federal Claims using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Martin J. LaLonde and Anthony P. Hoang
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

s/ Kennis M. Bellmard

199281.1