# In the United States Court of Federal Claims

No. 06-939 L

(E-Filed: May 22, 2007)

MIAMI TRIBE OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is plaintiff's Motion to Dismiss Without Prejudice (Motion), filed on May 18, 2007, pursuant to Rule 41(a)(2) of the Rules of the United States Court of Federal Claims (RCFC). Defendant does not oppose plaintiff's Motion.

The claims of plaintiff, Miami Tribe of Oklahoma, are hereby dismissed without prejudice. The Clerk of Court is directed to enter judgment, pursuant to RCFC 58, dismissing plaintiff's claims without prejudice.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge